DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GINA MARIE ALBRECHT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2486

[June 29, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312013CF000541A.

Gina Marie Albrecht, Florida City, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***